

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Jose Luis Segovia,

* From the 35th District Court
of Brown County
Trial Court No. CR24525.

Vs. No. 11-18-00292-CR

* November 8, 2018

The State of Texas,

* Per Curiam Memorandum Opinion
(Panel consists of: Bailey, C.J.,
Willson, J., and Wright, S.C.J., sitting
by assignment)
(Willson, J., not participating)

This court has considered Jose Luis Segovia's motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed.